1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WAYNE P. DeBERRY,                      1:07-cv-00850-OWW-NEW(DLB)-PC

12          Plaintiff,

13      vs.                                 ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
14   STEPHEN MAYBERG, et al.,
                                            (DOCUMENT #2)
15
            Defendants.
16   _____/

17          Plaintiff, Wayne P. DeBerry ("plaintiff") is a civil detainee proceeding pro se in a civil rights

18   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on June 13, 2007.   Individuals

19   detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are

20   not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136,

21   1140 (9th Cir. 2000)

22          In the instant action, plaintiff filed an application to proceed in forma pauperis.  Examination of

23   these documents reveals that plaintiff is unable to afford the costs of this action.  Accordingly, the

24   motion to proceed in forma pauperis is GRANTED

25          IT IS SO ORDERED.

26      Dated:  __June 19, 2007__          _____/s/ Dennis L. Beck_____
                                           UNITED STATES MAGISTRATE JUDGE
27

28