# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE P. DEBERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00850-OWW-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Wayne P. DeBerry ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action. Plaintiff filed this action on June 13, 2007. The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and finds that service of the complaint is appropriate. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Jones v. Blanas, 393 F.3d 918, 932-33 (9th Cir. 2004). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        STEPHEN MAYBERG

        BEN MCCLAIN

        GARY RENZAGLIA

        LINDA CLARK

        ROCKY SPURGEON

        EDDIE SANCHEZ

1  CHUCK RABAULT

2  TOM HUNT

3  2. The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 13, 2007.

6  3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

9  a. Completed summons;

10  b. One completed USM-285 form for each defendant listed above; and

11  c. Nine (9) copies of the endorsed complaint filed June 13, 2007.

12  4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the initiation of service pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

16  5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

20  IT IS SO ORDERED.

21  Dated: **February 26, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE