# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE P. DEBERRY, | No. CV 07-850-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| STEPHEN MAYBERG, et al., | |
| Defendants. | |

The Judges of the Eastern District of California are currently determining whether to consolidate this case with other similar cases. In the interest of judicial efficiency,

IT IS HEREBY ORDERED all deadlines for both responses to pending motions and discovery are STAYED until February 16, 2009 or until an order consolidating this case with other cases is issued, whichever occurs earlier.

DATED this 14th day of January, 2009.

Raner C. Collins
United States District Judge