UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WAYNE P. DeBERRY,<br><br>        Plaintiff,<br><br>   v.<br><br>AUDREY KING and JACK CARTER,<br><br>        Defendants. | Case No. 1:07-cv-00850-BLW<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED:  **March 3, 2014**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge